

May 23, 2024

**Via ECF**
Hon. Brenda Sannes
Chief U.S. District Judge
Federal Buildinig and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261

    Re:  **United States v. Michael Brown**
           **Case No. 1:23-CR-61 (BKS)**

Dear Chief Judge Sannes:

    On behalf of defendant, Michael Brown, I am respectfully requesting a one-week extension to submit sentencing memoranda in the above-referenced matter. If granted, the extension would extend the current deadline of Friday, May 24, 2024 to Friday, May 31, 2024.

    I have conferred with AUSA Alexander Wentworth-Ping and he has no objection to this request.

    Respectfully,

    DREYER BOYAJIAN LLP

    /s/ *Lauren S. Owens*
    Lauren S. Owens
    lowens@dblawny.com

LSO/lso